THE METALLOGRAPH CORPORATION, Respondent, v. ARMA ENGINEERING CORPORATION, Appellant.

*Appeal — unanimous reversal of order setting aside verdict and direction of judgment thereon — appeal to Court of Appeals, without permission, dismissed.*

Metallograph Corpn. v. Arma Engineering Co., Inc., 205 App. Div. 100, appeal dismissed

(Argued October 17, 1923; decided October 26, 1923 )

APPEAL from a judgment, entered April 26, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which unanimously reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directed reinstatement of said verdict and entry of judgment thereon.

*William Hayward,* United States Attorney (*Mary R. Towle* of counsel), for appellant.

*Mark Eisner* and *Irwin M. Berliner* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE SAUGERTIES BANK, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.

(Submitted October 22, 1923; decided October 26, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 425.)